UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 9 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellant, v. DEVONTE DEVON JACKSON, Defendant - Appellee. | No. 25-6214 D.C. No. 2:25-cr-00240-GMN-BNW-1 District of Nevada, Las Vegas ORDER |
| UNITED STATES OF AMERICA, Plaintiff - Appellant, v. GIANN ICOB SALAZAR DEL REAL, Defendant - Appellee. | No. 25-6223 D.C. No. 2:25-cr-00227-JAD-BNW-1 District of Nevada, Las Vegas ORDER |
| UNITED STATES OF AMERICA, Plaintiff - Appellant, v. JORGE ENRIQUEZ, Jr., Defendant - Appellee. | No. 25-6224 D.C. No. 3:25-cr-00026-MMD-CLB-1 District of Nevada, Las Vegas ORDER |

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> SHAMAR TYRELL GARCIA, <br><br> Defendant - Appellee. | No. 25-6229 <br><br> D.C. No. 2:25-cr-00230-RFB-BNW-1 <br> District of Nevada, <br> Las Vegas <br><br> ORDER |

The court consolidates Appeal Nos. 25-6214, 25-6223, 25-6224 and 25-6229.

The existing briefing schedule in Appeal No. 25-6229 will govern these consolidated appeals.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT