FILED

AUG 21 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>DEVONTE DEVON JACKSON,<br><br>Defendant - Appellee. | No. 25-6214<br><br>D.C. No.<br>2:25-cr-00240-GMN-BNW-1<br>District of Nevada,<br>Las Vegas<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>GIANN ICOB SALAZAR DEL REAL,<br><br>Defendant - Appellee. | No. 25-6223<br><br>D.C. No.<br>2:25-cr-00227-JAD-BNW-1<br>District of Nevada,<br>Las Vegas |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>JORGE ENRIQUEZ, Jr.,<br><br>Defendant - Appellee. | No. 25-6224<br><br>D.C. No.<br>3:25-cr-00026-MMD-CLB-1<br>District of Nevada,<br>Las Vegas |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DEVONTE DEVON JACKSON,<br><br>Defendant - Appellant. | No. 25-6470<br><br>D.C. No.<br>2:25-cr-00240-GMN-BNW-1<br>District of Nevada,<br>Las Vegas |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JORGE ENRIQUEZ, Jr.,<br><br>Defendant - Appellant. | No. 25-6465<br><br>D.C. No.<br>3:25-cr-00026-MMD-CLB-1<br>District of Nevada,<br>Reno |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>GIANN ICOB SALAZAR DEL REAL,<br><br>Defendant - Appellant. | No. 25-6475<br><br>D.C. No.<br>2:25-cr-00227-JAD-BNW-1<br>District of Nevada,<br>Las Vegas |

Before: S.R. THOMAS and MILLER, Circuit Judges, and BLUMENFELD, District Judge.*

* The Honorable Stanley Blumenfeld, Jr., United States District Judge for the Central District of California, sitting by designation.

The government's motion to stay the mandate (Dkt. No. 62) is GRANTED. The mandate is stayed until November 16, 2026 to permit the filing of a petition for a writ of certiorari in the United States Supreme Court. *See* Fed. R. App. P. 41(d). If, within that period, the Clerk of the Supreme Court advises the Clerk of this Court that a petition for a writ of certiorari has been filed, then the mandate shall be further stayed until the Supreme Court resolves the petition. *See* Fed. R. App. P. 41(d)(2)(B)(ii). Should the Supreme Court grant certiorari, the mandate will be stayed pending disposition of the case. Should the Supreme Court deny certiorari, the mandate will issue immediately. The parties shall advise this court immediately upon the Supreme Court's decision.

Insofar as the motion also seeks a "stay [of the] judgment and therefore the precedential effect of the panel decision," the motion is DENIED. The court entered judgment upon the filing of the opinion, *see* Fed. R. App. P. 36(a), and the government did not move to stay entry of judgment until after its entry. *Cf. Northern Pipeline Constr. Co. v. Marathon Pipe Line Co.*, 458 U.S. 50, 88 (1982) (staying judgment upon issuance of opinion); *Buckley v. Valeo*, 424 U.S. 1, 144 (1976) (per curiam) (same). Because the opinion has already issued, eliminating its precedential effect would effectively require vacating the opinion. The government cites no cases from this or any other circuit vacating or withdrawing an opinion pending the resolution of a petition for a writ of certiorari, and we are aware of

none. The government's motion does not "demonstrate . . . equitable entitlement to the extraordinary remedy of vacatur." *U.S. Bancorp Mortg. Co. v. Bonner Mall P'ship*, 513 U.S. 18, 26 (1994).